[8unclfde] [Unclaimed Funds Order]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                  Case No. 8:05−bk−03808−CED
                                                                                        Chapter 13

Joi Dubin
5517 46th Ave., N.
Kenneth City, FL 33709


_____Debtor*_____/

ORDER DENYING MOTION FOR
PAYMENT OF UNCLAIMED FUNDS

   THIS CASE came on for consideration, without a hearing, upon the Motion for Payment of Unclaimed Funds ("Motion") filed by First America Investment Co., LLC . The Motion fails to fulfill the requirements of 28 U.S.C. Section 2042 and the financial guidelines for the U.S. Bankruptcy Court, Middle District of Florida as follows:

   ☐ Lack of proof of service upon the United States Attorney, Attn: Civil Process Clerk, 400 N. Tampa Street, Suite 3200, Tampa, FL 33602.

   ☐ The Movant did not supply the last four digits of the Social Security Number or Tax Identification Number of the claimant.

   ☐ The individual claimant has failed to provide proof of identity by way of a copy of the driver's license.

   ☐ The Movant did not supply an affidavit stating knowledge of state law requirements for being a personal representative.

   ☐ The funds locator has failed to provide evidence of proper authority to obtain funds.

   ☐ The corporate claimant has failed to provide a corporate power of attorney signed by an officer of the company, with a corporate seal and a statement of the signing officer's authority.

   ☐ The Movant did not supply a name, mailing address and/or telephone number of the claimant.

   ☐ The Movant did not supply an original Power of Attorney.

   ☐ The Movant did not supply a certified copy of the decedent's death certificate and/or certified copies of all probate documents that substantiate the right to act on behalf of the decedent's estate.

   ☐ The Movant did not supply sufficient documentation evidencing the transfer of the claim or proof of purchase/sale of the assets.

☐ There are no remaining unclaimed funds on deposit in this case.

☐ There are no funds on deposit in the name of the movant.

☑ The amount of funds requested does not match the amount held in the Court Registry.

☐

Accordingly, it is

**ORDERED** that the Motion for Payment of Unclaimed Funds filed by First America Investment Co., LLC is denied.

**DONE** and **ORDERED** in Chambers at Tampa, Florida on October 12, 2012 .

_____
Caryl E. Delano
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.